AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Domingo Enrique Lorenzo-Ferrer

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:07M89M

I, Domingo Enrique Lorenzo-Ferrer, charged in a (complaint) (petition) pending in this District with illegal re-entry after deportation in violation of Title 8, U.S.C., 1326 (a) (b)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Domingo E. Lorenzo
*Defendant*

8-31-2007
*Date*

[signature]
*Counsel for Defendant*