IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR 07 122 ML
: CR. No.
:
v. : In Violation of 8 U.S.C.
: §§ 1326(a) and (b)(2)
:
DOMINGO ENRIQUE LORENZO-FERRERA :

FILED
SEP 26 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

On or about August 6, 2007, Domingo Enrique Lorenzo-Ferrera, an alien who had been previously deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

Stephen G. Dambruch
Chief, Criminal Division

Dated: September 26, 2007