UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 07-122 ML |
| DOMINGO ENRIQUE LORENZO-FERRERA | : | |

## MOTION TO CONTINUE

NOW comes the defendant, Domingo Enrique Lorenzo-Ferrera, and moves that this matter be continued until the court's trial calendar in February of 2007. Defense counsel met with Mr. Lorenzo-Ferrera on November 26, 2007 to discuss a plea as well as the court's ruling on the defendant's motion to suppress. As a result of today's discussions, Mr. Lorenzo-Ferrera needs additional time to speak to his family. Defense counsel also needs additional time to interview witnesses concerning potential sentencing mitigation arguments. The government has no objection to the requested continuance.

The interests of justice served by granting this motion outweigh both the interests of the defendant and the government in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Domingo Enrique Lorenzo-Ferrera,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served upon Peter Neronha, AUSA on November 26, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire