David A. DiMarzio
Clerk of Court

Paulette J. Dube
Chief Deputy Clerk

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

January 4, 2008

TO: Counsel of Record

RE: USA v. Jeffrey Rock
USA v. Domingo Lorenzo-Ferrera
USA v. Thomas C. Thomsen
USA v. Michael DiTomasso
USA v. Juan Ferro-Padillo
USA v. Charlie Vue

Dear Counselors:

The above-captioned cases are scheduled for impanelment on **February 7, 2008**. As Judge Lisi will not be available on that date, enclosed please find a Consent to Voir Dire and Jury Selection by a Magistrate Judge form.

Please have your client sign the consent form and return to me by **January 17, 2008**. **PLEASE DO NOT ELECTRONICALLY FILE THIS DOCUMENT.** If your client is unwilling to have the Magistrate Judge preside, kindly contact me at your earliest convenience.

Thank you for your assistance in this matter.

Very truly yours,

Barbara Barletta
Deputy Clerk