UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 07-122 ML |
| DOMINGO ENRIQUE LORENZO-FERRERA | : | |

NOTICE OF INTENTION TO PLEAD GUILTY

NOW comes the defendant, Domingo Enrique Lorenzo-Ferrera, and hereby notifies the Court of his intention to enter a guilty plea to the indictment, which charges him with illegal re-entry after deportation, in violation of 8 U.S.C. § 1326 (a) and (b)(2).

DOMINGO ENRIQUE LORENZO-FERRERA,
By his attorney,

/s/ Edward C. Roy, Esquire
Edward C. Roy, Esquire
Assistant Federal Public Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281

CERTIFICATION

I hereby certify that I served a copy of the within on Peter Neronha, AUSA on the 17th day of January, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire