Honorable Judge,

This letter is to make a formal request on behalf of our brother, Domingo E. Lorenzo.

Our brother Domingo E. Lorenzo illegally returned to this country after had been deported because his mother, Mrs. Ana V. de Lorenzo was very sick in this country. She developed breast cancer and had to have an operation. Our mother also is a diabetic and has Alzheimer. Most of our family live here in this country and like everybody else have to work for a living, it became very difficult for us to take care of our mother especially during the night and work in the daytime.

Unknowing the legal status of our brother and that him returning to this country will put him in jail, we convinced him and helped him so he could come to help and see our mother.

We know and understand that being ignorant of the law does not justify breaking it. The idea of bringing him was that his responsibilities were limited to taking care of our sickly mother at night. Therefore, we made the agreement with our brother to support his small children and his expenses while he took care of our mother.

We now realize the harm that we have caused for him and his children. This is the reason, that we have come to this court to appeal to you for help that he be given the opportunity to return to his country to finish raising his children. We are a very close and hard working family. The only thing that Domingo wanted to do was help us with our mother.

Your benevolent, we appeal to you with our entire heart to give him an opportunity to return to his native land. Please do take under strong consideration that he has four children waiting for him and a very sickly mother.

Domingo has already served his time to society. We are asking that you please consider a request from a family who has already suffered enough by having seen a brother in jail and a sickly mother.

We would like to ask you to pardon Domingo for breaking the immigration law. Thanks for reading this letter and considering our request.

The Lorenzo Family:
Margarita Lorenzo Rivera
Adria Lorenzo Ayala
Carmen Lorenzo Aravera
Feliz G. Lorenzo
Martin E. Lorenzo
Minoska L.Lorenzo Gonzales