# Arrest Report

10/04/2007

## Arrest #: 07RIX1-552-AR

Date/Time Reported: 08/06/2007 @ 1400
Arrest Date/Time: 08/06/2007 @ 1500
Booking Date/Time: 08/06/2007 @ 1500
Reporting Officer: Detective MATTHEW MOYNIHAN
Assisting Officer: Sergeant DONALD DEVINE
Released To: OTHER POLICE AGENCY
Released: 08/06/2007 @ 1500

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **LORENZO, DOMINGO** | M | W | 49 | NOT AVAIL | |

PROVIDENCE RI 02901

BODY: NOT AVAIL.
DOB: 1958
LICENSE NUMBER: NOT AVAIL.

COMPLEXION: NOT AVAIL.
PLACE OF BIRTH: NOT AVAIL.
ETHNICITY: HISPANIC

**[RIGHTS/BOOKING CHECKS]**

RIGHTS ADVISED BY: Detective MATTHEW C MOYNIHAN DATE/TIME: 08/06/2007 @ 1400
PHONE USED: N
ARRESTEE SECURED: N

FINGERPRINTED: N
PHOTOGRAPHED: N
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
WANTED BY: BICE FOR RE-ENTRY AFTER DEPORTATION
NCIC VEHICLE CHECK: Performed
WANTED BY: NEGATIVE
INJURY OR ILLNESS: N

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|

LOCATION TYPE: Highway/Road/Alley/Street Zone: Lincoln Area
ATWELLS AVENUE @ DEAN STREET
ATWELLS AVE @ DEAN ST
PROVIDENCE RI 02901

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|
| 1 | **ILLEGAL REENTRY AFTER DEPORTATION** | N | **Misdemeanor** |

00-00 02
OCCURRED: 08/06/2007 1400

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | **DIAZ, ERIC F** | **PARTICIPANT** | M | W | 44 | | |

PROVIDENCE RI 02901
DOB: 1962

| # | DRUG(S) | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | **COCAINE** | 07RIX1-1055-PR | **Seized (Not Previously Stolen)** |

QUANTITY: 3.500 (Grams)
POSITIVE FIELD TEST
OWNER: LORENZO, DOMINGO

VALUE: $100.00

DATE: 08/06/2007

**Arrest Report** 10/04/2007

**Arrest #: 07RIX1-552-AR**

| # | DRUG(S) | PROPERTY # | STATUS |
|---|---|---|---|
| 2 | **MARIJUANA**<br>QUANTITY: 15.000 (Grams)<br>POSITIVE FIELD TEST<br>OWNER: LORENZO, DOMINGO | 07RIX1-1056-PR<br>VALUE: $100.00 | Seized (Not Previously Stolen)<br>DATE: 08/06/2007 |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | **DENI HEAT SEAL MACHINE**<br>QUANTITY: 1 VALUE: $100.00<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | 07RIX1-1057-PR | Seized (Not Previously Stolen) |
| 2 | **TWO EMPTY BOTTLES OF INOSITOL 550 MG**<br>QUANTITY: 2 VALUE: $0.00<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | 07RIX1-1058-PR | Seized (Not Previously Stolen) |
| 3 | **$1,030.00 UNITED STATES CURRENCY**<br>QUANTITY: 1030 VALUE: $1,030.00<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | 07RIX1-1059-PR | Seized (Not Previously Stolen) |
| 4 | **ONE DIGIWEIGH DIGITAL SCALE**<br>QUANTITY: 1 VALUE: $30.00<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | 07RIX1-1060-PR | Seized (Not Previously Stolen) |
| 5 | **ONE BOX OF GLAD SANDWICH BAGS**<br>QUANTITY: 1 VALUE: $10.00<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | 07RIX1-1061-PR | Seized (Not Previously Stolen) |
| 6 | **SET OF KEYS CONTAINING FOUR KEYS**<br>QUANTITY: 1 VALUE: $0.00<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | 07RIX1-1062-PR | Seized (Not Previously Stolen) |
| 7 | **ONE GLAD PLASTIC BAG MARKED 300 W/ RESID**<br>QUANTITY: 1 VALUE: $0.00<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | 07RIX1-1063-PR | Seized (Not Previously Stolen) |
| 8 | **ONE BLUE SIFTER WITH RESIDUE**<br>QUANTITY: 1 VALUE: $10.00<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007 | 07RIX1-1064-PR | Seized (Not Previously Stolen) |

Arrest Report 10/04/2007

Arrest #: 07RIX1-552-AR

| # | OTHER PROPERTIES | | PROPERTY # | STATUS |
|---|---|---|---|---|
| 9 | **ONE SMALL PLASTIC BAG CUT WITH RESIDUE**<br>QUANTITY: 1<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | VALUE: $0.00 | 07RIX1-1065-PR | Seized (Not Previously Stolen) |
| 10 | **WESTERN UNION RECIEPT**<br>QUANTITY: 1<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | VALUE: $0.00 | 07RIX1-1066-PR | Seized (Not Previously Stolen) |
| 11 | **TWO PRONTO ENVIOS RECEIPTS**<br>QUANTITY: 2<br>SERIAL #: NOT AVAIL<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | VALUE: $0.00 | 07RIX1-1067-PR | Seized (Not Previously Stolen) |
| 12 | **BLACK BOOST MOBILE PHONE (917) 335-6546**<br>QUANTITY: 1<br>SERIAL #: 364KGN2GXF<br>DATE: 08/06/2007<br>OWNER: LORENZO, DOMINGO | VALUE: $1.00 | 07RIX1-1068-PR | Seized (Not Previously Stolen) |

NARRATIVE FOR DETECTIVE MATTHEW C MOYNIHAN

Ref: 07RIX1-552-AR

During the month of July 2007 and August 2007, Detective Moynihan received information from a first time confidential informant who will be referred to in the masculine gender and as Source One throughout the remainder of this report.

Source One advised Detective Moynihan that an older hispanic male residing at 174 Linwood Avenue, 1st floor Providence, RI frequently travels to New York and returns to the Providence area with several kilograms of cocaine, which he then distributes in the Providence area. During the last week of July 2007, Source One advised this older hispanic male was expected to return to Providence from New York with five kilograms of cocaine.

Also during the month of July 2007, Detective Moynihan received information from a previously reliable confidential informant who will be referred to in the masculine gender and as Source Two throughout the remainder of this report. Source Two has provided information in the past that has resulted in the arrest and conviction of several individuals for narcotic related offenses.

Source Two advised Detective Moynihan that an older Dominican male, who was residing in the first floor left apartment of 174 Linwood Avenue in the City of Providence was distributing kilogram quantities of cocaine in the Providence, RI area. Source Two advised this subject had previously been arrested and deported from the United States after serving several years of incarceration on narcotic related arrests. Source Two advised this subject was traveling back and forth from New York to Rhode Island and transporting the kilogram quantities of cocaine from New York to Providence, RI. Source Two described this male as a short, bald male in his fifties.

During the last week of July 2007, Source One advised Detective Moynihan that the older Hispanic male had arrived in Providence, RI and was in possession of several kilograms of cocaine. Source One advised he was not aware of where this subject was storing the kilograms of cocaine, but that he makes weekly trips to New York. Source One described the hispanic male as bald, short and heavy set.

On August 5, 2007, Source One contacted Detective Moynihan and advised the older Hispanic male was observed at a club in Providence, RI on August 4, 2007. Source One advised the male had just returned to Providence, RI from New York and had arrived with 5 kilograms of cocaine. Source One advised he had heard the kilograms were located at 174 Linwood Avenue.

On August 6, 2007, Detective Moynihan conducted surveillance in the area of 174 Linwood Avenue Providence, RI. At approximately 11:00 AM Detective Moynihan observed a short, bald heavy set hispanic male exit the left side first floor apartment of 174 Linwood Avenue Providence, RI. Surveillance was maintained as this subjected walked toward Cranston Street and subsequently entered the passenger side door of a grey Ford Taurus, bearing Rhode Island registration 712-797. Members of the HIDTA Task Force maintained surveillance of this vehicle as it looped around and parked in front of 174 Linwood Avenue Providence, RI. Detective Moynihan observed the same older Hispanic male exit the vehicle and enter the same left first floor apartment at 174 Linwood Avenue Providence, RI along with the operator of this vehicle.

At approximately 2:00 PM Detective Moynihan observed the two same individuals exit the same apartment and enter back into the grey Ford Taurus. Detective Moynihan and members of the HIDTA Task Force to include Sgt. Devine, Detectives Ruggeirro, Sullivan, McKnight and Sutton maintained surveillance on this vehicle as it left the residence and traveled on Route 10 North. Members observed this vehicle exit Route 10 North at Dean Street and turn right onto Atwells Avenue. This vehicle was stopped on Atwells Avenue just west of Dean Street. The operator of this vehicle was identified as Eric Diaz, DOB: -62. The passenger, the older Hispanic male, identified himself as Feliz Lorenzo, DOB: -64. Detective Moynihan observed the New York identification card presented by Feliz Lorenzo to appear to be fraudulent as well as the photocopy of a social security card listing the same name.

Both subjects were returned to 174 Linwood Avenue for further investigation. Special Agent Keith Holleran of the Bureau of Immigration and Customs Enforcement responded to 174 Linwood Avenue to interview Feliz Lorenzo. Feliz Lorenzo denied living or staying at this residence and denied a consent to search the residence. Detective Moynihan located a set keys containing four keys in Feliz Lorenzo's right front pants

pocket. The keys were found to unlock the door to the first floor left apartment at 174 Linwood Avenue. Detective Moynihan also seized a cellular telephone from Feliz Lorenzo. Members of the HIDTA Task Force secured this apartment to await a court authorized search warrant. SA Holleran advised Feliz Lorenzo he was in violation of immigration law by not possessing his resident alien registration card on his person and a determination was made to have Feliz Lorenzo returned to the Providence BICE office to be positively identified through fingerprints. SA Holleran and Detective Moynihan transported Feliz Lorenzo to the Providence BICE office, where he was positively identified as being Domingo Lorenzo, DOB: 58. Domingo Lorenzo has three previous narcotic related convictions and was deported from the United States after serving 8 years for conspiracy to distribute cocaine. Domingo Lorenzo never received permission to re-enter the United States after being deported. Domingo Lorenzo was processed at the Providence BICE office for Re-Entry into the United States.

Detective Moynihan obtained a Federal Court authorized search warrant for the first floor left apartment of 174 Linwood Avenue. Members of the HIDTA Task Force executed this warrant and the following items were located in the residence.

**BEDROOM**

$10030.00 in United States currency on a TV stand beside the television.
Western Union receipt in the name of Felis Lorenzo of 174 Linwood Avenue, 1A Providence, RI.
Two Pronto Envios money transmitting receipts on TV stand.

**KITCHEN**

Clear plastic bag containing suspected cocaine (kitchen drawer).
Clear plastic bag containing suspected marijuana (kitchen drawer).
Clear plastic bag cut containing white powder residue (kitchen drawer)
Digital scale containing a white powder residue (kitchen drawer).
Blue sifter (kitchen drawer).
Box of Glad sandwich bags (kitchen counter).
Deni heat seal machine (kitchen counter).
One bottle of Inositol powder (kitchen drawer).
One bud of suspected marijuana (kitchen drawer).
One clear plastic bag containing suspected marijuana (kitchen counter).
Clear plastic bag marked 300 with white residue (kitchen counter).

All items were photographed and seized by Detective Moynihan and transported to the Lincoln State Police barracks. Detective Moynihan conducted a field test of all the suspected narcotics seized from the residence, resulting in positive readings for either marijuana or cocaine. All items were transported to State Toxicology for positive identification and weight.

Subject was held in Federal Custody pending arraignment in Federal Court.