**Rhode Island Forensic Science Laboratory**
**Forensic Drug Chemistry**
**50 Orms Street, Providence, RI 02904**
**(401)222-5567 / Fax (401)222-6064**

Laboratory Case : FC 07-3559 Report 1
Department : Rhode Island State Police//P
Case Number : 07RIX1-552-AR
Case Officer : MOYNIHAN

Report Date 8/30/2007
Page 1 of 1

Case Names: LORENZO, DOMINGO

Submitted : 8/8/2007 11:44:33 AM to Jane Wilbur by MATT MOYNIHAN

**Exhibit Description(s) and/or Analysis**

**Item 01** The following evidence was submitted:

Exhibit 1 **One plastic bag containing material.**

***Results and Observations***

**Positive Cocaine and/or its salts (Schedule II).**

Exhibit 2 **Two plastic bags containing green plant material.**
**Green plant material from one plastic bag:**

***Results and Observations***

**Positive Cannabis (Marijuana).**

I Affirm that this document is a true report of the analysis that I performed.

Subscribed and sworn to before me under the penalties of perjury.

Paul Breault (signature)
Senior Forensic Scientist
Paul Breault, M.S.

Paul Iwuc (signature) 8/30/2007
Notary
Paul Iwuc #55115 Exp. 3/30/2009