UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-122 ML

DOMINGO ENRIQUE LORENZO-FERRERA :

## MOTION TO CONTINUE SENTENCING

______NOW COMES the undersigned, Edward C. Roy, and hereby moves this Honorable Court to continue the sentencing in this matter presently scheduled for April 25, 2008. In support of this motion, counsel states that he is scheduled to attend the Writing Seminar for Federal Criminal Appellate Practitioners in Boston, MA on that date.

The government, through AUSA Peter Neronha, has no objection to the granting of this motion.

Respectfully submitted,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

## CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served upon Peter Neronha, AUSA, Heather McLoughlin, USPO on the 17th day of April, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire