UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 07-122 ML |
| DOMINGO ENRIQUE LORENZO-FERRERA | : | |

**NOTICE OF APPEAL**

______NOW COMES the defendant, Domingo Enrique Lorenzo-Ferrera and hereby notices the appeal of his sentence imposed on May 1, 2008 to the First Circuit Court of Appeals.

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I caused a copy of the within notice to be served upon Peter Neronha, AUSA on the 9th day of May 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire