# United States Court of Appeals
## For the First Circuit

---

No. 08-1596

RECEIVED
SEP 02 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES

Appellee

v.

DOMINGO ENRIQUE LORENZO-FERRERA

Defendant - Appellant

---

Before

Lipez, Selya and Howard,
Circuit Judges.

---

JUDGMENT

Entered: August 28, 2008

In view of defendant's representation that the only issue he wishes to present on appeal is the district court's failure to consider fast-track disparity in sentencing him, and in view of the parties' joint renewed motion to remand for resentencing, we affirm the conviction, but vacate the sentence and remand for resentencing in light of United States v. Rodriguez, 527 F.3d 221 (1st Cir. 2008).

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Honorable Mary M. Lisi
David DiMarzio, Clerk of Court
Edward C. Roy
Donald C. Lockhart
Peter F. Neronha